**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00448-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN JOSEPH WALDRON,

    Defendant.

**MINUTE ORDER**[1]

    Due to a conflict that has arisen on the court's calendar, the Sentencing Hearing set for March 11, 2011, is **VACATED**. The court will conduct a telephonic setting conference on **March 11, 2011, at 11:00 a.m.** to reschedule the Sentencing Hearing. Counsel for the government shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference and shall then contact the court's administrative assistant, **Susan Schmitz, at (303) 335-2350**.

    Dated: March 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.