**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00448-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  JOHN JOSEPH WALDRON,

 Defendant.

---

**MINUTE ORDER**[1]

---

 On March 11, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with counsel, and with their consent

 **IT IS ORDERED** as follows:

 1.  That the court shall conduct a sentencing hearing on **March 14, 2011**, commencing at 11:00 a.m.; and

 2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

 Dated:  March 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.